IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ONTIVEROS,<br><br>  Plaintiff,<br><br>  v<br><br>HAYWARD POLICE DEPT.<br><br>  Defendants. | Case No C 06-2122 CW (NJV)<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on February 18, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff and, assisting for settlement conference only, Conrad Woo

☐ Warden or warden's representative

☐ Office of the California Attorney General

☒ Other: Nancy Hart, City Attorney's Office

1  (2)  The following individuals, parties, and/or representatives did not appear:
2  (3)  The outcome of the proceeding was:
3  ☐ The case has been completely settled.
4  ☐ The case has been partially resolved and, on or before
5  _____, counsel for defendants shall file a joint stipulation specifying
6  those claims which have been resolved and those that remain to be resolved by the Court.
7  ☒ The parties agree to an additional follow up settlement conference after
8  summary judgment motion has been ruled on.
9  _____.
10  ☐ The parties are unable to reach an agreement at this time.

11
12  Date:  February 24, 2009                              _____
                                                          Nandor J Vadas
13                                                        United States Magistrate Judge

**United States District Court**
For the Northern District of California

|   |   |
|---|---|
| ONTIVEROS, | No. C 06-2122 |
| v. | CERTIFICATE OF SERVICE |
| HAYWARD POLICE DEPT. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2009, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Eric J. Ontiveros**
1780 A St., Apt. #11
Castro Valley, CA 94546

RICHARD W. WIEKING, CLERK

By:/s/_____
          Deputy Clerk