```
1  Lewis O. Romero (SBN 197231)
   Paul L. Alaga (SBN 221165)
2  Conrad K. Wu (SBN 256706)
3  885 Bryant Street, Suite 202
   San Francisco, CA 94116
4  415-581-0885
5  415-581-0887 Facsimile

6  Attorneys for Eric Ontiveros
```

FILED

MAR - 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. ONTIVEROS, | ) Case No.: C062122 CW (PR) |
| Plaintiff, | ) |
| v. | ) SUBSTITUTION OF ATTORNEY |
| HAYWARD POLICE DEPARTMENT, | ) |
| Defendant. | ) |

Plaintiff Eric J. Ontiveros has been proceeding in pro per in the above-referenced action. On March 4, 2009, Plaintiff Ontiveros agreed to be represented by attorneys Lewis O. Romero and Paul Alaga in this matter. Accordingly, plaintiff request that attorneys Lewis O. Romero and Paul Alaga be substituted in as attorneys of record in this matter.

_____  3-5-09
Eric Ontiveros           Date

_____  3/5/09         _____  3/5/09
Lewis O. Romero, Esq.    Date          Paul L. Alaga, Esq.     Date

Ontiveros v. Hayward PD/Substitution of Attorney Case Number C06-2122 CW (PR)

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE