# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. ONTIVEROS, | ) |
| | ) **Case No.: C062122 CW (PR)** |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER EXTENDING TIME TO FILE** |
| | ) **RESPONSE TO DEFENDANT'S MOTION** |
| HAYWARD POLICE DEPARTMENT, | ) **FOR SUMMARY JUDGMENT** |
| | ) |
| Defendant. | ) |
| | ) |

GOOD CAUSE shown, the court vacates its earlier order requiring that Plaintiff file an opposition to Defendant's Motion for Summary Judgment on or before April 8, 2009 and orders that any opposition by Plaintiff be filed on or before May 7, 2009.

IT IS SO ORDERED.

Dated: 4/2/09

_____
Claudia Wilken
United States District Court Judge