UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

ONTIVEROS,

              Plaintiff,

      v.

HAYWARD POLICE DEPARTMENT, ET AL.,

           Defendants.

_____/

No. C06-2122 CW MED

**ORDER APPROVING REQUEST FOR PLAINTIFF ERIC ONTIVEROS AND DEFENDANTS BEAL, NISHIMOTO, LUNDGREN, CORSOLINI, MULHERN, CANTRELL, DELBO AND SCHROER TO BE EXCUSED FROM PARTICIPATING IN MEDIATION**

Date:      December 16, 2009
Mediator:  Randolph Hall

     IT IS HEREBY ORDERED that plaintiff Eric Ontiveros and defendants Michael Beal, Darin Nishimoto, Dave Lundgren, Jason Corsolini, Eric Mulhern, Ryan Cantrell, Officer Delbo and Officer Schroer are excused from appearing at the December 16, 2009 mediation before Randolph Hall.

     IT IS SO ORDERED.

December 10, 2009

Dated

By: _____

Elizabeth D. Laporte
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
For the Northern District of California