# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. ONTIVEROS, | ) |
| | ) **Case No.: C062122 CW (PR)** |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| HAYWARD POLICE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

PURSUANT TO STIPULATION OF COUNSEL, the Court finds that good cause was shown, and the court vacates its earlier order setting the trial date on February 3, 2011 and resets this matter for trial on **Monday, May 2, 2011, 8:30 a.m.**

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: **January 3, 2011**

Claudia Wilken
United States District Court Judge