# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. ONTIVEROS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAYWARD POLICE DEPARTMENT,<br><br>　　　　　Defendant. | Case No.: C062122 CW (PR)<br><br>[~~PROPOSED~~] ORDER |

PURSUANT TO STIPULATION OF COUNSEL, the Court finds that good cause was shown, and the court vacates its earlier order setting the pretrial conference date on January 18, 2011 and resets the pretrial conference for April 19, 2011.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 1/14/2011

　　　　　　　　　　　　　　　　　　　　　　Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Ontiveros v. Hayward—Order to Continue Pretrial Date.  (Case # C062122 CW)　　　　- 1 -