JUROR QUESTIONNAIRE

Please fill out this form as completely as possible and print clearly.  If there is anything on this form that you do not want to talk about in open court, please write "private" beside the question number.

1. Your name:_____

2. Your age:_____

3. The city where you live:_____

4. Your place of birth:_____

5. Do you rent or own your home? (circle one)   rent   own   other

6. Your marital status: (circle one)

    single   married   separated   divorced   widowed   live with partner

7. What is your occupation, and how long have you worked in it? (If you are unemployed, please write "unemployed."  If you are retired, please write "retired" and describe your main occupation when you were working.)

   _____

8. Who is (or was) your employer?

   _____

9. How long have you worked for this employer?_____

10. Please list the occupations of any adults with whom you live.

    _____

11. If you have children, please list their ages and sex and, if they are employed, please give their occupations.

    _____
    _____
    _____

1

12. Your educational background:

    Highest grade completed:_____

    College and/or vocational schools you have attended:

    _____

    Major areas of study:_____

13. Have you ever served on a jury before?

    Yes____        No____

    If yes, how many times in:

    State/County Court_____        Federal Court_____

    When?_____

    Was it a civil or criminal case?_____

    Did the jury(ies) reach a verdict?

    Yes____        No____

14. Have you or a close friend or family member ever served in the military?

    Yes____        No____

15. Have you or a close friend or family member ever worked for a lawyer or a law firm or in the court system?

    Yes____        No____

16. Have you or a close friend or family member ever worked in the field of medicine, including nursing and emergency medical assistance?

    Yes____        No____

17. Have you or a close friend or family member ever worked or been trained in the field of law enforcement?

    Yes___        No___

18. Have you or a close friend or family member ever sued, or been sued, by anyone?

    Yes____        No____

19. Have you or a close friend or family member ever been the victim of any kind of crime?

    Yes____        No____

20. Have you or a close friend or family member ever testified as a witness?

    Yes____        No____

21. Have you or a close friend or family member ever been detained or arrested by a police officer?

    Yes___         No____

22. Have you or a close friend or family member had any particularly positive or negative experience with a law enforcement officer?

    Yes____        No____

23. Can you be a neutral, objective, unbiased juror in a case that involves claims against police officers for money damages for using excessive force?

    Yes____        No____        Not Sure____

24. Attached is a list of the parties in this case, the attorneys in this case, and persons who are potential witnesses in this case.  Do you know, or think you know, any of the persons listed?

    Yes____        No____

    If so, make a check next to their name.

---
                          VERIFICATION

I,_____, declare under penalty of perjury
     PRINT FULL NAME
under the laws of the State of California and the United States
of America, that the foregoing responses I have given on this
juror questionnaire, and on any attached sheets, are true and
correct to the best of my knowledge and belief.

_____                    _____
        DATE                                         SIGNATURE


### List of Parties, Attorneys and Potential Witnesses

| **Plaintiff** | **Potential Witnesses** |
|---|---|
| Eric J. Ontiveros | Michael Beal |
| **Defendants** | Sergeant K. Bryan |
| Bryan Matthews | Officer Butler |
| David Dorn | Don Stewart Cameron |
| **Attorneys for Plaintiff** | Ryan Cantrell |
| Paul L. Alaga | Bob Coffey |
| Lewis O. Romero | Jason Corsolini |
| Conrad K. Wu | Officer Delbo |
| **Attorneys for Defendants** | Kristen Engle |
| Jeffery M. Vucinich | Officer C. Ford |
| Patrick R. Co | Officer B. Hutchinson |
| Alan J. Chang | Officer Javier |
| | Guy Jukub |
| | Jennifer Kell |

Sergeant Keener

Lieutenant Koller

Officer Legan

Officer Limon

Lieutenant Lindblom

Dave Lundgren

Officer Lunger

Officer C. Martinez

Officer Melendez

Eric Mulhern

Darin Nishimoto

Officer Olsen

Chantel Ontiveros

Officer Puente

Officer Schroer

Inspector S. Schwartz

Officer Stanley

George Torres

Officer Velasquez

Case 4:06-cv-02122-CW   Document 112   Filed 04/18/11   Page 6 of 6