IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC J. ONTIVEROS,                        No. C 06-02122 CW

     Plaintiff,                        ORDER OF REFERENCE
                                          TO MAGISTRATE JUDGE
  v.

HAYWARD POLICE DEPARTMENT,

     Defendant.
                                /

    Pursuant to Civil Local Rule 72-1 and the request of parties, IT IS HEREBY ORDERED that the above-captioned case is referred to a Magistrate Judge who could schedule a settlement conference between now and the trial date of May 2, 2011.  The Magistrate Judge shall order the appearance of the Plaintiff by telephone from the state prison in which he is incarcerated. Plaintiff will be housed at San Quentin beginning April 20, 2011.  Counsel shall contact the assigned Magistrate Judge's chambers immediately to schedule a date and time for a settlement conference.

DATED: 4/20/2011

                                                  /s/ Claudia Wilken
                                                  CLAUDIA WILKEN
                                                  UNITED STATES DISTRICT JUDGE

cc:  Sue