1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ONTIVEROS, ) | |
| ) | No.: C06-2122 CW |
| Plaintiff, ) | |
| ) | ORDER TO PERMIT COUNSEL FOR |
| v. ) | PLAINTIFF TO BRING THEIR LAPTOPS |
| ) | TO COURT DURING TRIAL |
| HAYWARD POLICE DEPARTMENT, et al., ) | |
| ) | Trial date: May 2, 2011 |
| Defendants. ) | Courtroom: 2, 4th Floor – Oakland |
| ) | Courthouse, 1301 Clay Street, Oakland, |
| ) | California 94612 |
| ) | |

   GOOD CAUSE APPEARING, the Court hereby grants the request of Plaintiff's counsel, Paul L. Alaga, Lewis O. Romero and Conrad K. Wu, to bring and use their laptops in Court during trial of the above-entitled case.

   IT IS SO ORDERED.

DATED: __4/28/2011_____    _____[signature]_____
                                         The Honorable Judge Claudia Wilken
                                         United States District Court

Plaint Order Use Laptops / C06-2122 CW                                        - 1 -