IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC J. ONTIVEROS,                               No. 06-cv-02122 CW

    Plaintiff,                                  VERDICT FORM

  v.

BRYAN MATTHEWS and DAVID W. DORN,

    Defendants.
_____/

    We, the jury, in the above-entitled action, find the following verdict on the following questions submitted to us:

**CIVIL RIGHTS CLAIMS**

1. Did Plaintiff prove by a preponderance of the evidence that Defendant Matthews violated his Fourth Amendment rights by unreasonably shooting him?

   Yes _____      No _____

If you answered Yes to Question 1, answer Question 2 and 3. Otherwise, proceed to Question 4.

2. What do you find to be the amount of compensatory damages, if any, proven by a preponderance of the evidence that Plaintiff suffered due to violation of his civil rights by being shot by Defendant Matthews?

   Damages $_____

     If your answer to question is $0, nominal damages of one dollar will be awarded.

3. Did Defendant Matthews prove by a preponderance of the evidence he shot Plaintiff because he believed his supervisor had issued a reasonable order that he do so?

     Yes \_\_\_\_       No \_\_\_\_

4. Did Plaintiff prove by a preponderance of the evidence that Defendant Matthews violated his Fourth Amendment rights by using unreasonable force against him, other than by shooting him?

     Yes \_\_\_\_       No \_\_\_\_

If you answered Yes to Question 4, answer Question 5. Otherwise, proceed to Question 6.

5. What do you find to be the amount of compensatory damages, if any, proven by a preponderance of the evidence that Plaintiff suffered due to violation of his civil rights by Defendant Matthews' use of excessive force other than by shooting him?

     Damages $_____

     If your answer to question is $0, nominal damages of one dollar will be awarded.

6. Did Plaintiff prove by a preponderance of the evidence that Defendant Dorn violated his Fourth Amendment rights by using unreasonable force against him?

     Yes \_\_\_\_       No \_\_\_\_

If you answered Yes to Question 6, answer Question 7. Otherwise, proceed to Question 8.

7. What do you find to be the amount of compensatory damages, if

*United States District Court*
*For the Northern District of California*

```
                any, proven by a preponderance of the evidence that Plaintiff
                suffered due to violation of his civil rights by Defendant
                Dorn?
                Damages $_____
                If your answer to question is $0, nominal damages of one
                dollar will be awarded.
8.              Do you find by a preponderance of the evidence that an award
                of punitive damages is appropriate against either or both
                Defendants for violating Plaintiff's civil rights?  If yes,
                enter the amount.
                Defendant BRYAN MATTHEWS         Yes_____         $ _____
                                                 No _____
                Defendant DAVID W. DORN          Yes_____         $ _____
                                                 No _____
Please have the presiding juror sign, date and return this form.

        Signed:_____    Date: _____
                  Presiding Juror
```