1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ONTIVEROS,<br><br>               Plaintiff,<br><br>    v.<br><br>HAYWARD POLICE DEPARTMENT, et al.,<br><br>               Defendants. | No.: C06-2122 CW<br><br>[~~PROPOSED~~] ORDER TO PERMIT COUNSEL FOR PLAINTIFF TO BRING CHANGE OF CLOTHING FOR PLAINTIFF DURING TRIAL<br><br>Trial date:  May 2, 2011<br>Courtroom:  2, 4th Floor – Oakland Courthouse, 1301 Clay Street, Oakland, California 94612 |

    GOOD CAUSE APPEARING, the Court hereby grants the request of Plaintiff counsels Paul L. Alaga, Lewis O. Romero and Conrad K. Wu, to bring a change of clothing for Plaintiff Eric Ontiveros during trial of the above-entitled case.

    IT IS SO ORDERED.

DATED: _5/2/2011_____

                                                   _/s/ Claudia Wilken_____
                                                   The ~~Honorable~~ Judge Claudia Wilken
                                                   United States District Court